FILED
2014 Jun-16 PM 12:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PHILLIP RANDOLPH COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:12-cv-02087-RDP-SGC |
| | ) |
| GOVERNOR ROBERT BENTLEY, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On March 18, 2014, the previously-assigned Magistrate Judge entered a Report recommending that this action be dismissed for lack of prosecution. Despite being advised of the right to file specific written objections within fourteen (14) calendar days, no party has responded to the Report and Recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the claims presented in the above-captioned matter are due to be dismissed without prejudice. A Final Judgment will be entered.

**DONE** and **ORDERED** this ___16th___ day of June, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE